

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIAM FRAZIER | CIVIL ACTION NO. 09-1827<br>SECTION P |
| VERSUS | |
| TONY WINGO, et al. | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the United States' Motion to Dismiss (17) be GRANTED and Frazier's FTCA claim be DISMISSED with PREJUDICE.

IT IS FURTHER ORDERED that Frazier amend his complaint to properly set forth a civil rights action pursuant to <u>Bivens</u> if he intends to proceed against Wingo and the unknown correctional officers.

IT IS FURTHER ORDERED that Frazier be cautioned that failure to comply with an order to amend may result in dismissal of his action as frivolous under 28 U.S.C. §1915(e)(2)(B) or under Rule 41(b) or 16(f) of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED in Chambers at ALEXANDRIA, Louisiana, on this 9TH day of FEBRUARY, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE