RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 9/7/11
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIAM FRAZIER | CIVIL ACTION NO. 09-1827 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| TONY WINGO, et al. | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the plaintiff's request for preliminary injunction/protective order (Doc. 44) is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 7th day of September, 2011.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**