RECEIVED
IN ALEXANDRIA, LA.
FEB 29 2012
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIAM FRAZIER,<br>    Plaintiff | CIVIL ACTION<br>SECTION "P"<br>1:09-CV-01827 |
| VERSUS | |
| TONY WINGO, et al.,<br>    Defendants | JUDGE ~~DEE D. DRELL~~ JAMES T. TRIMBLE, JR.<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that defendants' motion for summary judgment (Doc. 45) is GRANTED and that Frazier's <u>Bivens</u> action is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 29th day of February, 2012.

James T. ~~DEE D. DRELL~~ Trimble, Jr.
UNITED STATES DISTRICT JUDGE